# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 10, 2016

## NO. 03-16-00008-CV

**Crystal International, Inc. d/b/a/ Fuel Stop, Appellant**

**v.**

**Texas Commission on Environmental Quality, Appellee**

### APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the interlocutory order signed by the trial court on January 14, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.